Dismissed and Memorandum Opinion filed September 29, 2005









Dismissed and Memorandum Opinion filed September 29,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00581-CV

____________

 

JUANITA MILLER EVANS d/b/a COACH=S HAMBURGERS & DELI, Appellant

 

V.

 

BLITZ CONSTRUCTION, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause
No. 781,784

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 7, 2005.

On September 14, 2005, appellant filed a motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed September 29, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.